IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

```
FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 24 2025

JEFFREY P. COLWELL
                    CLERK
```

Robert AVILA,

Plaintiff

v.

**Jury Trial requested:**
(please check one)
__X__ Yes ____ No

Amanda RETTING,

_____,

_____,

_____,

Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**ORIGINAL VERIFIED PRISONER COMPLAINT**

---

| NOTICE |
|---|
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

AVILA J ROBERT      DOC No.87702
  (Name, prisoner identification number, and complete mailing address)
Colorado Territorial Correction Facility. Box 1010 Canon City, CO. 81215-1010

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
_X_   Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner
____  Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Amanda Retting, Sex Offender Treatment and Monitoring Program (SOTMP) Director
              (Name, job title, and complete mailing address)

      CDOC, 1250 Academy Park Loop, Colorado Springs, CO  80910

      At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

      Ms. Retting is the SOTMP Director in the State of Colorado.

      Defendant 1 is being sued in her _X_ individual and/or _X_ official capacity.

Defendant 2:  Xaviera Turner, SOTMP therapist/treatment provider
              (Name, job title, and complete mailing address)

      CDOC. 1250 Academy Park Loop. Colorado Springs, CO  80910

      At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _X_ Yes ___ No (*check one*).  Briefly explain:

      Ms. Turner is a therapist and treatment provider for SOTMP at the Colorado Territorial Correctional Facility (CTCF).

2

Defendant 2 is being sued in her  X  individual and/or  X  official capacity.

Defendant 3:   Justin Ensinger, SOTMP Supervisor at the CTCF, and SOTMP Therapist.
        (Name, job title, and complete mailing address)

CDOC, 1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X  Yes ___ No (*check one*).  Briefly explain:

Mr Ensinger is the SOTMP Supervisor at the CTCF, and SOTMP Therapist

Defendant 3 is being sued in his  X  individual and/or  X  official capacity.

Defendant 4:   Kylee Sloan, SOTMP therapist/treatment provider at the CTCF.
        (Name, job title, and complete mailing address)

CDOC, 1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  X  Yes ___ No (*check one*).  Briefly explain:

Kylee Sloane is a therapist and treatment provider for SOTMP at the Colorado Territorial Correctional Facility (CTCF)

Defendant 4 is being sued in her  X  individual and/or  X  official capacity.

Defendant 5:   John and Jane Does
        (Name, job title, and complete mailing address)

CDOC, 1250 Academy Park Loop, Colorado Springs, CO 80910

At the time the claim(s) in this complaint arose, were the defendants acting under color of state or federal law?  X  Yes ___ No (*check one*).  Briefly explain:

Defendants 5 are being sued in their  X  individual and/or  X  official capacities.

## C.   JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

 X    State/Local Official (42 U.S.C. § 1983)


___    Federal Official
    As to the federal official, are you seeking:
        ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of*

3

*Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   42 USC 1983 First Amendment U.S. Constitution - Retaliation
Claim one is asserted against these Defendant(s): RETTING, TURNER, ENSINGER, KYLEE, and DOES 1-50

CLAIM TWO:   42 USC 1983 Eighth Amendment U.S. Constitution
Claim one is asserted against these Defendant(s): RETTING, TURNER, ENSINGER, KYLEE, and DOES 1-50

CLAIM THREE:   42 USC 1983 Fourteenth Amendment U.S. Constitution
Claim one is asserted against these Defendant(s): RETTING, TURNER, ENSINGER, KYLEE, and DOES 1-50

CLAIM FOUR:   42 USC 1985(3) Civil Conspiracy
Claim one is asserted against these Defendant(s): RETTING, TURNER, ENSINGER, KYLEE, and DOES 1-50

**1.   VENUE**

Venue is proper pursuant to 28 USC Section 1391(b)(2) because the Defendants reside in this District, and the evens and omissions giving rise to Plaintiff's claims occurred in this District.

**2.   JURISDICTION**

klhkjn

**3.   INTRODUCTION**

The Plaintiff, Robert J Avila, (hereinafter "Avila") is presently incarcerated in the Colorado Territorial Correctional Facility (CTCF) serving an indeterminate sentence arising from a

4

September 22, 2012 conviction for sexual assault. In March 29, 2021, approximately 54 weeks after being paroled, Avila was employed, had an apartment and was participating in the Sex Offender Treatment and Monitoring Program (SOTMP) treatment.

On April 14, 2022, Avila's parole was revoked, at which time Avila was returned to prison. While in prison, Avila submitted a total of three different grievances because the SOTMP administration was refusing to place Avila into the Advanced Risk Management (ARM) treatment regimen, a part of the SOTMP. Subsequent to that, Avila completed the grievance process, and, on January 3, 2024, Avila was placed into the ARM program.

On April 1, 2024, Avila submitted his parole plan to the Colorado Parole Board via video conferencing. Following the parole hearing, Avila's parole consideration was deferred until April, 2025.

During the time Avila was participating in the ARM program, Avila participated in and successfully completed all of the necessary program assignments in order to graduate from the program. Following Avila's successful completion of the program, Avila was awaiting his next parole hearing in order to be paroled back into the community. During the time Avila was participating in the ARM program, Avila successfully completed the homework assignments, participated in the group sessions, and helped other participants by offering guidance and advice.

On June 25, 2024, after completing the ARM program, Avila was terminated from the SOTMP. The Notice of Suspension and Right to SOTMP Termination Review stated Avila had "Broke [n] confidentially by making a phone call to an outside community person and disclosed confidential information including full names of offenders in the CDOC," however, the Notice of Suspension and Right to SOTMP Termination Review document was not properly served to Avila, and the Notice was not properly completed or signed by Defendant Turner.

The termination review hearing was conducted on July 1, 2024 via video conferencing before the Termination Review Committee. During the hearing, Avila was denied his Fourteenth Amendment Due Process rights. This violation took place in the form of Avila not being allowed to question his witnesses, who presented testimony during Avila's absence after Avila was told to leave the hearing room. In addition, because Avila was not allowed to question his witnesses, he could not ask his witnesses clarifying questions which would have provided the hearing tribunal with a more perfect understanding of the situation which led to Avila's termination from the SOTMP. Furthermore, Avila was not allowed to present additional testimony once his

witnesses had testified, or present exculpatory evidence in his favor.

    On July 1, 2024, Avila was served with the Disposition of SOTMP Termination Review, which stated that Avila's termination from the SOTMP was confirmed.   I need my certificate

    Of the program to inform the parole board I finished the course. Fifth v, shoemaker 2011U.S. DIST.LEXIS 113171 (Colo. DIST.) also see Wolff v. McDonnell, 418 U.S.539.

### E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  _X_  No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  _____

Docket number and court:  _____

Claims raised:  _____

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)  _____

Reasons for dismissal, if dismissed:  _____

Result on appeal, if appealed:  _____

### F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

G.  **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

H.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Robert Avila_
(Plaintiff's signature)

_11-20-2025_
(Date)

(Revised November 2022)

US POSTAGE $01.90
ZIP 81212
041L11241745

Colorado Department of Corrections
Name Robert Avila
CDOC# 87203
Living Unit B 4A7
PO Box No. 999
City, State, Zip Canon CO 81215

Alfred A. Arraj
U.S. Court House
901 19Th Street
Denver, CO 80294

FCF 11/20/25
FACILITY DATE REC'D
Fernandez 20688 IF
STAFF LAST NAME ID# INT
87702 Avila R
DOC# OFFENDER LAST NAME INT